# ELECTRONIC RECORD

**1158-15**

COA #   05-15-00485-CR          OFFENSE:   10.03

STYLE:  Cleveland Nixon v. The State of Texas          COUNTY:   Dallas

COA DISPOSITION:   AFFIRM          TRIAL COURT:   Criminal District Court No. 6

DATE: 08/04/15          Publish: NO   TC CASE #:   F-1121243-X

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Cleveland Nixon v. The State of Texas          CCA #: __**1158-15**__

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: __11/25/2015__          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**